UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re TERRI L. STEFFEN,

Plaintiff,

vs.                                              Case No. 8:04-cv-1693-T-24MSS

AKERMAN SENTERFITT, a Florida
Professional Association, and
MICHAEL I. GOLDBERG,

Defendants.
_____/

## ORDER

This Cause comes on for consideration upon the filing of Plaintiff's Motion for Reconsideration of July 21, 2005, Order (Dkt. 56), Defendants' Second Motion to Compel (Dkt. 41), Defendants' Third Motion to Compel (Dkt. 48), Plaintiff's Motion for Extension of Time to file Response to Second Motion to Compel (Dkt. 50), Defendants' Motion to Strike Plaintiff's Response to Defendants' Second Motion to Compel (Dkt. 57), Defendants' Second Motion to Extend Time to File Dispositive Motions (Dkt. 55), and Defendants' Motion for Costs Associated with Completing the Deposition of Deborah Meshulam (Dkt. 39). The Court held a hearing on the above matters on August 9, 2005.

For the reasons set forth at the hearing, the Court Orders as follows:

(1)  Plaintiff's Motion for Reconsideration of July 21, 2005, Order (Dkt. 56) is **GRANTED IN PART**. The July 21, 2005, Order (Dkt. 52) is modified as follows: Plaintiff shall produce her personal tax returns to Defendants on or before August 15,

2005. Plaintiff may redact purely personal identifying information and information regarding the value of assets that have no relation to this case or the claims asserted by Plaintiff. Plaintiff's tax returns are still subject to the confidentiality provisions noted in the July 21, 2005, Order. Based on Plaintiff's representation at the hearing that she is asserting no claim with respect to the Loving Spirit Foundation, Plaintiff does not have to produce any tax documents or other documents to Defendants pertaining to the Loving Spirit Foundation. With respect to the Loving Spirit Foundation, Defendants may inquire at Plaintiff's continued deposition to determine whether the Court should revisit this issue;

(2) Plaintiff's Motion for Extension of Time to file Response to Second Motion to Compel (Dkt. 50) is **GRANTED**. Defendants' Motion to Strike Plaintiff's Response to Defendants' Second Motion to Compel (Dkt. 57) is **DENIED**;

(3) Defendants' Second Motion to Compel (Dkt. 41) is **GRANTED**. Plaintiff agreed at the hearing to execute a release so that Defendants may obtain any intangible tax returns for Plaintiff or the Steffen Entities, other than the Loving Spirit Foundation. Defendants represented that no other issues briefed in their Motions to Compel remained outstanding. Defendants' Third Motion to Compel (Dkt. 48) is **GRANTED AS STIPULATED**;

(4) Defendants' request for costs associated with bringing their Motions to Compel is **DENIED WITHOUT PREJUDICE**;

(5) Defendants' Second Motion to Extend Time to File Dispositive Motions (Dkt. 55) is **GRANTED IN PART**. The parties shall have until September 28, 2005, to file dispositive motions;

(6) Defendants' Motion for Costs Associated with Completing the Deposition of Deborah Meshulam (Dkt. 39) is **DENIED WITHOUT PREJUDICE**;

(7) With respect to Plaintiff's continued deposition, Plaintiff stipulated at the hearing that Defendants may have a total of seven hours additional to question Plaintiff in a single setting deposition.

**DONE AND ORDERED** in Tampa, Florida on this 12th day of August, 2005.

MARY S. SCRIVEN
United States Magistrate Judge

Copies to:

Counsel of Record