**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TERRI L. STEFFEN,

        Plaintiff,

v.	Case No. 8:04-cv-1693-T-24MSS

AKERMAN SENTERFITT, a Florida
professional association, and MICHAEL I.
GOLDBERG,

        Defendants.
_____/

## O R D E R

This cause comes before the Court on Plaintiff's Motion to Strike Defendants' Motion for Summary Judgment (Doc. No. 79). Plaintiff moves this Court for an Order striking Defendants' Motion for Summary Judgment as being filed out of time because it was filed after 5:00 p.m. on September 28, 2005.

The deadline for the parties to file dispositive motions was September 28, 2005 (Doc. No. 61). Defendants filed their Motion for Summary Judgment on September 28, 2005 at 7:51 PM EDT (Doc. No. 71). The Court draws Plaintiff's attention to Rule II - A(1)(f) of this Court's Administrative Procedures for Electronic Filing.[1] Rule II -A (1)(f) provides that "[a] document is deemed filed on the date it is transmitted electronically if filed prior to midnight Eastern Time."

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion to Strike Defendants' Motion for Summary Judgment (Doc. No. 79) is **DENIED**.

---

[1] The Court's Administrative Procedures for Electronic Filing can be found on the Court's website (www.flmd.uscourts.gov) under "CM/ECF."

**DONE AND ORDERED** at Tampa, Florida, this 14th day of October, 2005.

/s/ Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record