UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRI L. STEFFEN,

        Plaintiff,

v.                                          Case No.  8:04-cv-1693-T-24 MSS

AKERMAN SENTERFITT, a Florida
professional association, and MICHAEL I.
GOLDBERG,

        Defendants.
_____/

## ORDER

This cause comes before the Court on its own.  On September 28, 2005, Defendants filed their motion for summary judgment (Doc. No. 71).  On October 17, 2005, Plaintiff filed her opposition in response thereto (Doc. No. 83).  The Court prefers to rule on dispositive motions prior to the Pretrial Conference.  The Pretrial Conference is scheduled for November 10, 2005 at 8:30 a.m.  Having reviewed the pleadings, and exhibits filed in support thereof, the Court has determined that it will not be able to rule on Defendants' motion for summary judgment in time for the parties to prepare a meaningful Joint Pretrial Statement or for the Court to conduct a meaningful Pretrial Conference.

Accordingly it is **ORDERED AND ADJUDGED** that:

(1)    The Pretrial Conference is rescheduled to December 8, 2005 at 8:30 a.m.; and

(2)    The trial is rescheduled for January, 2006.

**DONE AND ORDERED** at Tampa, Florida, this 21st day of October, 2005.

/s/ Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to: Counsel of Record