UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRI L. STEFFEN,

        Plaintiff,

v.                                         Case No.  8:04-cv-1693-T-24 MSS

AKERMAN SENTERFITT, a Florida
professional association, and MICHAEL I.
GOLDBERG,

        Defendants.
_____/

**ORDER**

This cause comes before the Court for consideration of Defendants' Amended Motion for Attorneys' Fees (Doc. No. 121).  As an initial matter, the Court notes that Defendants improperly filed an amended motion for attorneys' fees without first seeking leave of the Court. Specifically, Defendants simply state that "in light of several recent events" they are amending their original motion for attorneys' fees.  These events include the Eleventh Circuit Court of Appeals affirming this Court's Order granting summary judgment in favor of Defendants[1] and the issuance of recent case law relevant to their entitlement to attorneys' fees.  However, Defendants' counsel  represents that he "has spoken with Plaintiff's counsel, and [Plaintiff's counsel] agrees that the Court should be briefed on Judge Antoon's recent decisions."

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1)       The Court will accept for filing Defendants' Amended Motion for Attorneys'

---

[1] Defendants indicate that they intend to seek an award of appellate attorneys' fees and fees incurred relating to the ligation of entitlement to attorneys' fees.

        Fees (Doc. No. 121);

(2)     Defendants' motion for attorneys' fees (Doc. No. 104) is **DENIED AS MOOT**;

(3)     Plaintiff's Request for Oral Argument On Motion for Attorneys' Fees (Doc. No. 116) is **DENIED AS MOOT**;

(4)     Defendants' Motion for Leave to Reply to Plaintiff's Opposition to Defendants' Motion for Attorney's Fees (Doc. No. 118) is **DENIED AS MOOT**;

(5)     Plaintiff shall file her response to Defendants' Amended Motion for Attorneys' Fees (Doc. No. 121) on or before September 8, 2006.

**DONE AND ORDERED** at Tampa, Florida this 25th day of August, 2006.

 

_Susan C. Bucklew_
SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record