UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRI L. STEFFEN,

        Plaintiff,

v.                                                  Case No.  8:04-cv-1693-T-24 MSS

AKERMAN SENTERFITT, a Florida
professional association, and MICHAEL I.
GOLDBERG,

        Defendants.
_____/

**<u>ORDER</u>**

        This cause comes before the Court on its own.  On August 25, 2006, this Court entered an Order in which it accepted for filing Defendants' Amended Motion for Attorneys' Fees (Doc. No. 122).  In their Amended Motion for Attorneys' Fees, Defendants indicate that, in part, they seek an award of appellate attorneys' fees.  Specifically, Defendants included the following footnote:

> Akerman has recently applied for an award of appellate attorneys' fees in the Eleventh Circuit Court of Appeals.  Akerman also filed a motion to transfer consideration of the issue to this Court (to which Plaintiff filed a response indicating that she had no objection).  Akerman's request for appellate attorneys' fees in this Court assumes the Eleventh Circuit will grant the motion to transfer.

(Doc. No. 121, fn. 5).

        On September 8, 2006, the Eleventh Circuit Court of Appeals entered an Order in which it granted Defendants' motion to transfer their "Application for Award of Appellate Attorney's Fees" to this Court (Doc. No. 125).  On September 20, 2006 and September 21, 2006, Plaintiff filed her opposition to Defendants' Amended Motion for Attorneys' Fees (Doc. Nos. 126 and

127). A review of the docket reveals that this Court has not received a copy of Defendants' Application for Award of Appellate Attorney's Fees, or any filings relating thereto, originally filed in the Eleventh Circuit Court of Appeals.

Accordingly, it is **ORDERED AND ADJUDGED** that on or before October 27, 2006, Defendants shall file a copy of Defendants' Application for Award of Appellate Attorney's Fees, and any filing related thereto, originally filed in the Eleventh Circuit Court of Appeals.

**DONE AND ORDERED** at Tampa, Florida this 20th day of October, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record