# **PROFESSIONAL RESUME**

RAYMOND T. (TOM) ELLIGETT, JR.
SCHROPP, BUELL & ELLIGETT, P.A.
3003 W. AZEELE STREET, SUITE 100
TAMPA, FLORIDA 33609
TELEPHONE: (813) 874-2600
FACSIMILE: (813) 874-1760
EMAIL: ELLIGETT@SBELAW.COM

---

**PROFESSIONAL ASSOCIATIONS**

Schropp, Buell & Elligett, P.A., 1990 to Present - Shareholder

Shackleford, Farrior, Stallings & Evans, P.A., 1978 to 1990 - Shareholder

**EDUCATION**

Harvard Law School, J.D. cum laude, 1978

University of Florida, B.A. (mathematics) high honors, 1975; Phi Beta Kappa, Phi Kappa Phi, Omicron Delta Kappa, Alpha Phi Omega

**CERTIFICATION**

Florida Bar Board Certified Appellate Practice Lawyer (1994 - first examination). Received the first Justice Harry Lee Anstead Award as The Florida Bar's Board Certified Lawyer of the Year in 2005

**PRACTICE AREAS**

Civil Appeals, insurance coverage litigation, commercial and plaintiff's personal injury litigation

**EXPERIENCE**

Over 400 civil appeals, including: *Florida Mining v. Standard Gypsum*, 550 So. 2d 47 (Fla. 2d DCA 1989) (obtaining reversal of $3 million verdict in commercial contract litigation); *John Hancock v. Zalay*, 581 So. 2d 178 (Fla. 2d DCA 1991) (obtaining reversal of $26 million slander verdict); *Silva v. Southwest Florida Blood Bank*, 601 So. 2d 1184 (Fla. 1992) (establishing statute of limitations for AIDS actions against blood banks); *Dahl-Eimers v. Mutual of Omaha*, 986 F. 2d 1379 (11th Cir. 1993), *cert. denied*, 114 S.Ct. 440 (1993)(representing prevailing policyholder in health insurance appeal).

James C. Adkins Award, 2006, by the Appellate Practice Section of the Florida Bar for significant contributions in the field of appellate practice.

**PROFESSIONAL ACTIVITIES**

The Florida Bar: Appellate Rules Committee 1982-6; Judicial Administration, Selection and Tenure Committee, 1988-2003, Vice Chair 1989-91, Chair 1991-2, Vice Chair 1998-99; Bridge the Gap Appellate Practice Outline (co-author); Appellate Practice Section, 1993-; Chair, 1996-7; Program Committee Chair, 1993-5; Council of Sections Delegate, 1995-7; Standing Committee on Professionalism, 1998-2001; Florida Council of Bar Association Presidents, Board of Directors 2002-; Secretary 2005-6; President-elect 2006-2007

Hillsborough County Bar Association: President, 1997-8 (awarded 2000 Outstanding Past Voluntary Bar President Award by Florida Council of Bar Association Presidents); *Lawyer* magazine editor, 1992-4; Centennial Book Editor, 1994-1996; Appellate Practice Section, Chair 1991-2, 1994-5; Second District Court of Appeals Liaison Committee, 1983-90, Chair 1988-9

EXHIBIT A

American Bar Association: Litigation Section, Appellate Practice Committee, Committee on Insurance Coverage Litigation

Hillsborough Association For Women Lawyers: Board of Directors, 1998-2001; Treasurer 2000-1; Co-chair, Gender, Racial & Ethnic Equality Committee, 1999-2000

Stetson University College of Law Distinguished Service Award, 2006
Judicial Management Council Per Curiam Affirmed Committee, 1998-2000
Bay Area Legal Services Development Council Campaign Chair, 2001-
National Conference of Bar Presidents, Communications Committee, 1998- ; Chair 2006-7
Metropolitan Bar Caucus Executive Committee, 2003-7
Adjunct Professor: Stetson University College of Law (Appellate Practice, 1989- )
Master of Law: William Glenn Terrell American Inn of Court; President 2003-2004
Florida Supreme Court Historical Society Board of Trustees, 2004-
Certified Mediator for Florida Circuit Courts and the Middle District of Florida

**BAR ADMISSIONS**   Florida, 1978; U.S. District Court, Middle District of Florida, 1978; Southern District of Florida, 1982; U.S. Court of Appeals, Eleventh Circuit, 1981; U.S. Supreme Court, 1993

**LEGAL PUBLICATIONS**

"The Periodic Payment of Judgments," 47 *Insurance Counsel Journal* 130 (1979)

"Income Tax Considerations in Florida Personal Injury Actions," 36 *Miami Law Review* 643 (1982)

"Sovereign Immunity in Florida: Nielson and Beyond," *Trial Advocate Quarterly*, Vol. 2, No. 2 (March, 1983)

"Paternity Suits, Blood Tests and the Law," 57 *Florida Bar Journal* 715 (December, 1983)

"Enforcing Contract Limitations Clauses in Negligence Actions," 58 *Florida Bar Journal* 457 (July/August, 1984)

"Law of the Case," 59 *Florida Bar Journal* 23 (July/August, 1985)(Elligett & Schropp)

"Law Firm Liability for Misappropriation," 60 *Florida Bar Journal* 19 (November, 1986)

"Subrogation and Releases After *Blue Cross v. Matthews*," 61 *Florida Bar Journal* 16 (July/August, 1987)

"Application of the Attorney-Client Privilege to Former Employees," *The Quarterly Report* (Fla. Bar Corporation Section) (Fall, 1987)

"Declaratory Actions on Coverage and the Non-Joinder Statute," *Trial Advocate Quarterly*, Vol. 7, No. 3 (July, 1988)

"Subrogation and Releases, II," 62 *Florida Bar Journal* 31 (July/August, 1988)

"Appellate Ethics," 63 *Florida Bar Journal* 46 (May, 1989)

"Old Insurance Policies Could be Valuable," *Tampa Bay Business Journal*, p. 26, Vol. 10, No. 2 (January 14, 1990)

"Corporate Officers Can Be Held Responsible for Companies' Illegal Dumping Activities," *Tampa Bay Business Journal*, p. 26, Vol 10, No. 11 (March 18, 1990)

"What Do You Mean I Can't Appeal Now?," 64 *Florida Bar Journal* 44 (April, 1990) (Elligett & Schropp)

"Expanding Liability," *New Accountant*, p. 42, Vol. 6, No. 2 (October, 1990)

"Defending Third Party Bad Faith Claims," *Trial Advocate Quarterly*, Vol. 9, No. 4 (October, 1990) (Elligett & Faircloth)

"More Pitfalls For Personal Injury Lawyers," *Hillsborough County Bar Association (HCBA) Lawyer*, Vol. 1, No. 2, p. 32 (December, 1990)

"Getting It in Writing Avoids Insurance Disputes," *St. Petersburg Times*, B2 (June 9, 1991)

"Should You Cross Appeal," *HCBA Lawyer*, Vol. 1, No. 7, p. 38 (June, 1991)

"Florida Appellate Logistics," 65 *Florida Bar Journal* 82 (July, 1991)(Elligett & Schropp)

"Ethics of Appellate Practice," 33 *For The Defense 22* (September, 1991)

"Appeals as a Specialty," *HCBA Lawyer*, Vol. 2, No. 1, p. 18 (September, 1991)

"Losing Your Appeal in the Trial Court," *HCBA Lawyer*, Vol. 2, No. 2, p. 11 (October, 1991)

"Notice of Appeal: Right Time, Right Place," *HCBA Lawyer*, Vol.2, No. 4, p.12 (January, 1992)

"Appellate Rehearings-Saving Trees," *HCBA Lawyer*, Vol. 2, No. 5, p.12 (February, 1992)

"Legal Wit & Wisdom," 66 *Florida Bar Journal* 19 (March, 1992)

"Judge Scheb: Model of Professionalism," *HCBA Lawyer*, Vol. 2, No. 7, p.14 (April, 1992)

"Where and What to File for Appellate Review," *Academy of Florida Trial Lawyers Journal* No. 355, p.28 (April, 1992)(Elligett & Mager)

"Judge Blue Joins the Second District," *HCBA Lawyer*, Vol. 2, No. 8, p.17 (June, 1992)

"Running for Cover: Environmental Insurance Coverage Issues," 67 *Florida Bar Journal* 67 (July, 1993)(Elligett & Schropp)

"Environmental Insurance Coverage Issues," 36 *ABA Corporate Counsel Newsletter* 9 (July, 1993)(Elligett & Schropp)

"Law of the Case Revisited," 68 *Florida Bar Journal* 48 (March, 1994)(Elligett & Schropp)

"Legal Wit and Wisdom II," 68 *Florida Bar Journal* 77 (July, 1994)

"Three Years On," *HCBA Lawyer*, Vol. 5, No. 1 (September, 1994)

"Our Judges Merit Retention," *HCBA Lawyer*, Vol. 5, No. 2 (October, 1994)

"Judge Hall Retires," *HCBA Lawyer*, Vol. 5, No. 3 (November, 1994)

"Standing Up and Sitting Down," *HCBA Lawyer*, Vol. 5, No. 4 (December, 1994)

"Judge Whatley Joins the Second District," *HCBA Lawyer*, Vol. 5, No. 5 (February, 1995)

"Appellate Attorney's Fees," *HCBA Lawyer*, Vol. 5, No. 6 (March, 1995)

"Breast Cancer: An Update on High-Dose Chemotherapy," *Hillsborough Association for Women Lawyers Journal*, (*HAWL*) Vol. 8, No. 3 (Winter, 1995)

"Top Ten Appellate Sin List," *HCBA Lawyer*, Vol. 5, No. 7 (April, 1995)

"Closing Argument Conflict?," *HCBA Lawyer*, Vol. 5, No. 8 (May, 1995)

"Appellate Choices," *HCBA Lawyer*, Vol. 5, No. 9 (June, 1995)

"Top Ten Appellate Sin List," *The Record*, Vol. 4, No. 1 (September, 1995)

"Cancer & High Dose Chemotherapy Update," *HAWL Journal*, Vol. 8, No. 4 (Fall, 1995)

"Closing Argument Conflict," *The Record*, Vol. 4, No. 2 (December, 1995)

"Appellate Standards of Review - How Important Are They?," 70 *Florida Bar Journal* 33 (February, 1996) (Elligett & Scheb)

"Cancer Treatment Litigation Update," *HAWL Journal*, Vol. 8, No. 4 (Spring, 1996)

"Two Thoughts on Amicus," *The Record*, Vol. 5, No. 2 (December, 1996)

"Who Is Out of Touch," *The Record*, Vol. 5, No. 3 (May, 1997)

"Top 10 Appellate Mistakes (Or Why You Need an Appellate Specialist)," 72 *Florida Bar Journal* 41 (January, 1998)

"Paul Danahy steps down from Second DCA after 21 years," *The Florida Bar News*, Vol. 25, No. 7, p. 11 (April 1, 1998)

"Are we past the point of rescue? Perhaps not ...," *The Florida Bar News*, Vol. 25, No. 10, p. 22 (May 15, 1998)

*Florida Appellate Practice and Advocacy*, (BookWorld Publications 1998) (Elligett & Scheb)

"Preserving the Record: Jury Instruction," *The Advocate*, Vol. 29, No. 3 (September, 1998)

"Reflections," *Voluntary Bar Leaders' Handbook* (October, 1998)

"Professionalism Pays," *The Bencher*, Vol. 13, No. 4, p.12 (January, 1999)

"Appellate Standard Time," *HCBA Lawyer*, Vol. 9, No. 5 (February, 1999)

"Parties on Appeal," 73 *Florida Bar Journal* 40 (May, 1999) (Elligett & Scheb)

"Pay You Back With Interest?," *The Bencher*, Vol. 13, No. 6, p.10 (May, 1999)

"Verdict Forms," *The Advocate*, Vol. 29, No. 5, p. 22 (May, 1999)

"Appellate Competence as an Ethical Requirement," *The Appellate Practice Journal*, Vol. 18, No. 1, p.7 (Spring, 1999)

"You Should Have Called Me Sooner," 73 *Florida Bar Journal* 60 (July, 1999)

"Professional Responsibility of Appellate Advocates," *Florida Coastal Law Journal*, Vol. 1, No. 1, p. 101 (Spring/Summer 1999)(Elligett & Scheb)

"Write On," *HAWL Journal*, Vol. 10, No. 4 (Summer, 1999)

"Relax," *F.A.W.L. State News*, p.8 (Winter, 1999)

"Write On: Accentuate the Positive," *HAWL Journal*, (Winter, 2000)

"Who Are You," *The Bencher*, Vol. 14, No. 6, p.10 (May, 2000)

"What's An Appeal?" *Tampa Bay Review*, Vol. 48, No. 20, p.8 (May 19, 2000)

"Living In Color: Vacations," *The Bencher*, Vol. 15, No. 2, p.10 (September, 2000)

"Almost Persuaded," *The Bencher*, Vol. 15, No. 3, p.10 (November, 2000)

"Judge Campbell Retires from the Second District," *The Florida Bar News*, Vol. 28, No. 1, p. 13 (January 1, 2001)

"The Trouble With The Truth," *The Bencher*, Vol. 15, No. 5, p.17 (March, 2001)

"Appellate Stays and Bonds," 75 *Florida Bar Journal* 33 (May, 2001) (Elligett & Scheb)

"Disability Insurance: Preparing to file and fight," *The Bulletin* (of the Hillsborough County Medical Association), Vol. 47, No. 2, p.17 (July, 2001)(Elligett & Farrior)

*Florida Appellate Practice and Advocacy, Second Edition*, (Stetson University College of Law 2001) (Elligett & Scheb)

"Rethinking Success," *The Bencher*, Vol. 16, No. 3, p.15 (November, 2001)

"Tell The Truth," 75 *Florida Bar Journal* 38 (December, 2001) (Elligett & Scheb)

"High Class Editing," *The Record*, Vol 10, No. 3, p.4 (March, 2002)(Elligett & Farrior)

"Cancer Legal Update: Insurance Coverage and Missed Diagnoses," *HAWL Journal*, (June, 2002)

"Time Waits for No One: The Death of a Litigant," 76 *Florida Bar Journal* 55 (November, 2002) (Elligett & Farrior)

"Appellate Ethics," *The Bencher*, p.19 (November, 2002)(Scheb & Elligett)

"Enjoy The Ride," *The Bencher*, p.16 (March, 2003)

"Stating the Case and Facts: Foundation of the Appellate Brief," *Stetson Law Review*, Vol. 32, No. 2, p. 415 (Winter 2003)(Elligett & Scheb)

*Florida Appellate Practice and Advocacy, Third Edition* (Stetson University College of Law 2003) (Elligett & Scheb)

"Professional Responsibility of Appellate Advocates," Chapter 25, *Florida Appellate Practice, Fifth Edition* (The Florida Bar 2003) (Elligett & Scheb)

"Truthfulness: The Cornerstone of Ethics," *The Bencher*, p.9 (November, 2003)

"Mentoring Professionals or Jerks," *The Bencher*, p.11 (January, 2004)

"Civility: Point vs. Counterpoint," *The Bencher*, p.15 (July, 2004)

"Educating The Vote," *The Record*, Vol 13, No. 1, p.11 (Summer, 2004)

*Florida Appellate Practice and Advocacy, Fourth Edition* (Stetson University College of Law 2005) (Elligett & Scheb)

"The Appellate Decision-making Process," 80 *Florida Bar Journal* 45 (April, 2006) (Elligett & Scheb)

"Relative Civility," *The Bencher*, p.10 (July, 2006)

"Professional Responsibility of Appellate Advocates," Chapter 2, *Florida Appellate Practice, Sixth Edition* (The Florida Bar 2006) (Elligett & Scheb)

"A Fair and Impartial Judiciary: The Foundation of Freedom," *The Bencher*, p.15 (January, 2007)

"It's a Wonderful Life - Because Lawyers Are Leaders," *The Bencher*, p.15 (March, 2007)

PRESENTATIONS  "Florida Bridge the Gap" seminar re Appellate Practice (periodically from 1985-95)

"Legal Writing" seminar re Appellate Briefs (1986)

"Winning Your Appeal in the Trial Court" re Preserving Error (1987)

"Protecting the Bottom Line" re Insurance Coverage (1989)

"Appellate Practice" to Tampa Legal Secretaries Association (1990)

"Conference on Hazardous Waste in Real Estate Transactions" re Insurance Coverage (1990)

"Unlocking the Mysteries of Federal Court" re The Role of Arbitration and Mediation in Federal Court (1992, 1994)

"Legal Writing Seminar" re Ethics in Legal Writing (1992)

"Appellate Practice for the Novice" (weekly lectures to attorneys presented by Stetson University College of Law, 1993)

"Insurance Litigation in Florida" re Health Insurance Issues (1994)

"Insurance Coverage for Cancer" to Hillsborough Association For Women Lawyers (1994)

"Appellate Certification Review Course" by Appellate Practice Section of Florida Bar (1995, 1996, 1997)

"Appellate Practice" re Appellate Ethics by the Hillsborough County Bar Association (1995)

"Access Issues - Condemnee's View" to Florida Bar Eminent Domain Committee (1995)

"Health Insurance Checkup: Current Hot Topics in Health Insurance" to the Temple Terrace Chamber of Commerce (1996)

"Eminent Domain" re Access by the Hillsborough County Bar Association (1996)

"Oral Arguments in the Second District Court of Appeals" by the Hillsborough County Bar Association (1996)

"Women's Health Issues and the Law: Cancer & Insurance Coverage" by National Conference of Women's Bar Associations and the ABA Health Law Forum (Moderator, 1996)

"Great (Or Really Effective) Legal Writing For Litigators and Appellate Attorneys" by ABA Section of Litigation (Panel member, 1996)

"The Role of the Judiciary in Promoting Professionalism," Florida Conclave on Attorney Professionalism at Stetson University College of Law (Moderator, 1996)

"Appellate Practice for the Condemnation Lawyer," Florida Bar Eminent Domain Committee (1997)

"Preserving Error for Appeal," Florida Bar Basic Federal Practice Seminar (1997)

"Rainmaking and Client Development for the 21st Century," Career Services Program for Stetson Alumni Weekend (Moderator, 1997)

"Appellate Practice for the General Practitioner" re "Effective and Ethical Brief Writing" by Florida Bar CLE Committee and the General Practice Section (1997)

"The Lawyer's Survival Guide" re "Effective and Ethical Brief Writing" by The Florida Bar *Journal* and *News* Editorial Board (1997)

"Federal Civil Litigation Seminar" re "Preservation of Issues for Appeal" by Stetson College of Law (1997)

"Hot Topics in Florida Appellate Practice" re "Appellate Attorney Fee Agreements" by The Florida Bar Appellate Practice & Advocacy Section (Panel Member, 1997)

"Appellate Advocacy Workshop" (Core faculty, July 22-25, 1998)

"Sexual Harassment and Other Discrimination" re "Running for Cover: Analyzing Insurance Coverage for Employment Cases" by The Florida Bar Labor and Employment Section (1998)

"Writing an Effective President's Column" and "Past Presidents Panel," Florida Bar Leaders Workshop (1998)

"Solo & Small Firm Practitioners Seminar" re "How to Build and Maintain a Solo/Small Firm Practice" by Hillsborough County Bar Association (1999)

"Lawyers, Guns & Money: Professionalism in the Thirteenth Circuit and Family Law Practice" at the Hillsborough County Bar Association Family Law Section meeting (1999)

"Non-monetary Benefit Attorney's Fees," Florida Bar Eminent Domain Committee (1999)

"Second Appellate Advocacy Workshop" (Core faculty, July 28-30, 1999)

"Preserving the Record" and "Written Advocacy" at "Getting It Right From Start to Finish," HCBA Appellate Practice Program (1999)

"Working With Appellate Lawyers at the Trial Level" at "What Do You Mean I Didn't Preserve the Issue? - What Every Trial Lawyer Needs to Know About Preservation of Error and Appeals " (Florida Bar Appellate Practice & Trial Lawyers Sections) (1999)

"Professionalism Nuts and Bolt," Citrus-Hernando Inn of Court (2000)

"Third Appellate Advocacy Workshop" (Core faculty, July 26-28, 2000)

"Appellate Law for the Plaintiff Employment Lawyer - Interactive Presentation on Preserving Issues for the Appellate Court," Florida NELA Strategies Under the Sun (2000)

"Appellate Practice: Winning Your Appeal in the Trial Court" (HCBA 2000)

"Appellate Law for the Employment Lawyer" (HCBA Labor and Employment Section 2000)

"Safeguarding Your Wins, Reversing Your Losses" (Florida Association For Women Lawyers Ninth Annual Conference on Women and the Law 2001)

"Fourth Appellate Advocacy Workshop" (Core faculty, July 25-27, 2001)

"We Can Work It Out: How You Can Successfully Manage Stress" (National Conference of Bar Presidents Workshop. Co-producer and moderator 2001)

"The Bad Faith Case: Cases With Large Verdict Potential" (National Patient Advocate Foundation National Legal Symposium 2002)

"Case Law Update" (CLE International Eminent Domain Seminar 2002)

"Appellate Practice Before the Second District" (Moderator, Hillsborough County Bench Bar Conference 2002)

"Successful Appellate Advocacy" (Core faculty, July 23-25, 2003)

"Past Presidents Panel," Florida Bar Leaders Workshop (2003)

"Appellate Practice" (Moderator, Hillsborough County Bench Bar Conference 2003)

"Writing Memorable Presidents' Pages," ABA Bar Leadership Institute (Panel, 2004)

"Preserving the Record on Appeal," St. Petersburg Bar Association Trial Practice Section ("Winning Strategies for Your Civil Case," 2004)

"Practice Before the First DCA," Moderator for "The Nuts and Bolts of Appellate Brief Writing and Motion Practice" (2004)

"Appellate Practice" (Moderator, Hillsborough County Bench Bar Conference 2004)

"Past Presidents Workshop," ABA Bar Leadership Institute (Panel, 2005)

"Workers Compensation and Professionalism," Florida Bar Workers Compensation Seminar (2005)

"Presenting CLE Programs," Hillsborough-Clearwater Bar Training Program (2005)

"Successful Appellate Advocacy" (Core faculty, July 20-22, 2005)

"Business Income and Extra Expense Insurance Coverage," (Metropolitan Bar Caucus, ABA Midyear Meeting 2006)

"Writing for Bar Publications," Hillsborough-Clearwater Bar Training Program (2006)

"Ticket Bank Programs," (Metropolitan Bar Caucus, ABA Annual Meeting 2006)

"Reaching Our Youth: Innovative Metro Bar Programs," (Metropolitan Bar Caucus, ABA Midyear Meeting 2007, panel member)