U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRI L. STEFFEN,

    Plaintiff,

vs.                                          Case No.: 8:04-CV-1693-T-24MSS

AKERMAN SENTERFITT, a
a Florida professional association,
and MICHAEL I. GOLDBERG,

    Defendants.

_____

## AFFIDAVIT OF WILLIAM F. JUNG

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

WILLIAM F. JUNG, being sworn, states as follows:

    1.    I have been a member of the Florida Bar since 1983, license no. 380040. My practice is litigation and trial work, primarily in the Middle District of Florida and the Thirteenth Judicial Circuit. My case load presently is split about 50/50 between civil and criminal work. In my practice, I am actively involved in the setting of fees and billing of clients.

    2.    I am AV rated by Martindale Hubbell and attached hereto as <u>Exhibit A</u> is the curricula vitae published by that service. My legal training culminated in service as a law clerk to the Hon. William H. Rehnquist and the Hon. Gerald Bard Tjoflat. I am recognized in various lawyer rating services that have predominated lately, such as Florida Trend Magazine Legal Elite, Chambers USA Best Lawyers for Business, The Best Lawyers in America, Super Lawyers, and Tampa Bay Metro Magazine, "2006 Bay Area Best Lawyers."

1

3. By practice and by training, I am aware of the standards and prevailing practice for legal fees and legal billing practices/rates in the Middle District of Florida and in Tampa. My expert opinion has been accepted by state and federal courts on the matter. This includes evidentiary (live) testimony in state and federal court.

4. I have reviewed the following items very closely in this matter: (a) all billing records of Hill, Ward & Henderson from July 7, 2005 through August 21, 2006; (b) all pleadings related to the fee contest; (c) all judicial opinions regarding fees; (d) all summary judgment motions and orders related to summary judgment; (e) all appellate briefs; (f) the docket sheets in this case and in the earlier legal malpractice case against Gray Harris, et. al.; (g) professional background information for the attorneys who worked on the case; (h) *Loranger v. Stierheim*, 10 F.3d 776, 781 (11th Cir. 1994) (fee rates and factors); and (i) Florida Rule of Civil Procedure 1.442(h)(2). I have interviewed two of Hill, Ward & Henderson's prime time keepers on this matter.

5. I have also reviewed: (a) six banker boxes comprised of various records on the case from Akerman Senterfitt & Edison, Stichter Riedel, et. al., and SEC files; (b) all of Plaintiff's discovery production in this case; and (c) the entire pleadings in this case (five notebooks).

6. It is my opinion that the fee amounts reflected in the billing records of Hill Ward & Henderson from July 7, 2005 through August 21, 2006 are reasonable. In reaching this conclusion, I have considered the facts set forth in Rule 4-1.5(b) of the Rules of Professional Conduct governing the Florida Bar.

7. I have placed particular emphasis on the following factors:

(a) The Plaintiff, Terri L. Steffen, sought substantial damages against the Defendants – an

complete defense summary judgment, which was affirmed on appeal.

8. Based upon my review and consideration of the above materials and information, it is my opinion that the total fees charged by Hill Ward & Henderson in this matter (as reflected in the Hill Ward & Henderson from July 7, 2005 through August 21, 2006) is not only reasonable, but in most cases below the customary rates of fees that would be charged for similar work in the Middle District and in Tampa.

9. It is my opinion these fee amounts would constitute a reasonable fee award to the Defendant, together with interest since the date entitlement was decided.

Dated this 30 day of March, 2007.

_____
WILLIAM F. JUNG

I HEREBY CERTIFY that on this day personally appeared before me, an officer duly authorized to administer oaths and take acknowledgements, WILLIAM F. JUNG, who is personally known to me, and who signed the foregoing, and he acknowledged before me that he did so as his free act and deed, and who did take an oath that the things contained in the above and foregoing Affidavit are true and correct.

Sworn to and subscribed before this 30th day of March, 2007.

_____
Notary Public, State of Florida

(Notarial Seal)

_____
Name of Notary, typed, printed or stamped

My Commission Expires:



**Roxanne L. Reyes**
Commission # DD296224
Expires March 3, 2008
Bonded Troy Fain - Insurance, Inc. 800-385-7019

JOYNER & JORDAN-HOLMES, Tampa—Continued

ARTHENIA L. JOYNER, born Lakeland, Florida, February 3, 1943; admitted to bar, 1969, Florida. Education: Florida A & M University (B.S., 1964; J.D., 1968). Senator, State of Florida Senate, District 18 (2006). Representative, State of Florida House of Representatives, District 59 (1998-2006). Hillsborough County Aviation Authority (1991-1999), Chairman (1993-1995). Board of Trustees of University Community Hospital (1986—). National Legal Advisor, Delta Sigma Theta Sorority, Inc. (1985-1992). Founding President, National Coalition of 100 Black Women, Inc., Tampa Chapter (1987-1990). Member, Florida Supreme Court Racial and Ethnic Bias Commission (1990-1991). Member, Board of Governors, Executive Committee, Committee of 100 and Chair of the Minority Development County of the Greater Tampa Chamber of Commerce. General Counsel, National Coalition of 100 Black Women, Inc. (1990). Presidential Appointee to the U.S. Delegation to the International Conference on Population and Development, Cairo Egypt (1994). Presidential Appointee to the United Nations Fourth World Conference on Women, Beijing China (1995). Delta Sigma Theta (Vice President). Recipient: Pro Bono Award, Bay Area Legal Services, 1985-1988; Governor's Distinguished Black Floridian Award; Presidential Award, National Bar Association; Tampa Branch NAACP Human Rights Award; Outstanding Service Award, Florida Chapter, National Bar Association. Listed in: Who's Who in Florida; The World Who's Who of Women; Who's Who Among Black Americans; Outstanding Young Women of America. Administrative Assistant to Representative Joe Lang Kershaw, Florida House of Representatives, Tallahassee, Florida, 1969. Member: Hillsborough County (Member: Board of Directors, Probate Committee, Law Day Committee, Chair, Program Committee, 1987-1988; Law Luncheon Committee), National (President-Elect, 1983-1984; President, 1984-1985; Treasurer, 1973-1983; Vice President, 1972, 1974, President, 1974-1976, Secretary, 1970-1972, Florida Chapter; Member, Board of Governors and Executive Committee, 1973-1999) and American (Member, House of Delegates, 1981-1982) Bar Associations; The Florida Bar (Member, Probate Rules and Guardianship Committee, 1984-1986); American Judicature Society. PRACTICE AREAS: Probate (12%); Municipal Finance (18%); Real Estate (10%). Email: ajoyner@jjhlaw.net

CLARK JORDAN-HOLMES, born Pittsburgh, Pennsylvania, September 1, 1946; admitted to bar, 1974, Florida; U.S. District Court, Middle District of Florida; U.S. Court of Appeals, Eleventh Circuit. Education: University of Florida (B.A., 1968; J.D., 1973). Staff Member, Center for Governmental Responsibility, 1972-1973. Editor-in-Chief, The Verdict, University of Florida Law School. Chairman, Tampa Habitat for Humanity, 1988-1990. Chairman, National Conference for Community and Justice, Tampa Bay, 1995-1996. Member: Hillsborough County and American (Member, 1979-1983 and Vice-Chairman, 1984-1985, Products Liability Committee) Bar Associations; The Florida Bar (Member, Florida Rules of Civil Procedure Committee, 1982-1997); American Public Transit Association; Legal Affairs Committee. [U.S. Army, Captain; Bronze Star with Oak Leaf Cluster; Cross of Gallantry]. PRACTICE AREAS: Governmental Law (45%); Certified Mediator (12%); Insurance Defense (31%); Personal Injury (12%). Email: cjh@jjhlaw.net

KAREN C.D. GABBADON, born Kingston, Jamaica, April 25, 1969; admitted to bar, 1994, Florida; 1995, District of Columbia and U.S. District Court, Middle District of Florida. Education: University of South Florida (B.A., Psychology, magna cum laude, 1990); University of Florida, College of Law (J.D., 1993). Senior Editor, UMOJA Law Journal, 1992-1993. Member, Women in Transportation. Member: Hillsborough County and American Bar Associations; The Florida Bar; National Bar Association (Associate General Counsel, Florida Chapter, 1995-1996); George Edgecomb Bar Association (Secretary, 1997-1999); Hillsborough County Association of Women Lawyers; Florida Association of Women Lawyers; National Association of Bond Lawyers; American Society of International Law; Caribbean Bar Association; American Public Transit Association; Legal Affairs Committee. PRACTICE AREAS: Municipal Finance (15%); Probate (25%); Guardianship (8%); Collections (17%); Procurement (23%); Real Estate (12%). Email: kgabbadon@jjhlaw.net

SENIOR ASSOCIATES

BARBARA P. BERNARDO, born Elmwood, Indiana, 1947; admitted to bar, 1980, Illinois and U.S. District Court, Northern District of Illinois, 1991; Florida. Education: University of Iowa (B.A., 1969); John Marshall Law School (J.D., 1980). Gavel Society, John Marshall Law Journal Law Review, Arbitrator, American Arbitration Association, Arbitrator, Cook County, Illinois. Arbitrator, Better Business Bureau. Member: Hillsborough County Bar Association; The Florida Bar; Illinois State Bar Association. PRACTICE AREAS: Litigation (12%); Insurance Defense (78%); Certified Mediator (10%). Email: bbernardo@jjhlaw.net

CHARLES M. HOLLOMAN, II, born Tallahassee, Florida, August 12, 1969; admitted to bar, 2006, Florida. Education: Florida A & M University (B.S., Political Science, 1994; J.D., 2005). Board of Directors, Big Brothers & Big Sisters, Inc.; Board of Directors and General Counsel, 100 Black Men of Tampa Bay, Inc. Member: The Florida Bar; Hillsborough County Bar Association; The National Bar Association; George E. Edgecomb Bar Association; Association of Trial Lawyers of America. PRACTICE AREAS: Insurance Defense (45%); Personal Injury (35%); Governmental Law (20%). Email: cholloman@jjhlaw.net

SENIOR ATTORNEY

EURICH Z. GRIFFIN, born Washington, D.C., 1938; admitted to bar, 1970, Florida. Education: Howard University (B.A., cum laude, 1967); Harvard University (J.D., 1970). Law Clerk, U.S. Fifth Circuit Court of Appeals, 1972. Senior Trial Attorney, Department of Justice, 1977-1978. Member, U.S. Circuit Court Nominating Commission, 1978-1981. Chairman, Judicial Administration, Selection and Tenure Committee, The Florida Bar, 1981-1983. Member, Eleventh Circuit Lawyers Advisory Committee, 1984-1987. Member, Judicial Nominating Commission, Second District Court of Appeals, Florida, 1990-1994. Member, Civil Justice Reform Act, 1990 Advisory Group, U.S. District Court, Middle District of Florida, 1991-1995. Member: Hillsborough County Bar Association; The Florida Bar. PRACTICE AREAS: Civil Litigation (33%); Medical Malpractice (26%); Personal Injury (29%); Employment Law (12%). Email: egriffin@jjhlaw.com

(This Listing Continued)

REPRESENTATIVE CLIENTS: City of Tallahassee, Florida; Escambia County, Florida; City of Tampa, Florida; Florida Education Fund; Hillsborough Transit Authority; School District of Hillsborough County, Florida; State of Florida Risk Management.

## JUNG & SISCO, P.A.

Established in 1993

SUITE 1240, WACHOVIA CENTER
100 SOUTH ASHLEY DRIVE
TAMPA, FLORIDA 33602
Telephone: 813-225-1988
Telefax: 813-225-1392
URL: http://www.jungandsisco.com

Civil and Criminal Trial Practice in all courts. Appellate Litigation, Personal Injury, Wrongful Death, Professional Liability and Discipline, Health Care Fraud.

WILLIAM F. JUNG, born Ft. Belvoir, Virginia, 1958; admitted to bar, 1983, Florida and U.S. District Court, Northern, Middle and Southern Districts of Florida; U.S. Court of Appeals, Fourth and Eleventh Circuits and U.S. Supreme Court. Education: Vanderbilt University (B.A., magna cum laude, 1980; Phi Beta Kappa); University of Illinois (J.D., Valedictorian, summa cum laude, 1983). Order of the Coif. Editor-in-Chief, University of Illinois Law Review, 1982-1983. Law Clerk to Judge Gerald Bard Tjoflat, U.S. Court of Appeals, Eleventh Circuit, 1983-1984; Chief Justice William H. Rehnquist, U.S. Supreme Court, 1984-1985. Assistant U.S. Attorney, Southern and Middle Districts of Florida, 1987-1993. Member, Attorney Grievance Committee 13B, 1993-1995; Chair-Elect, Florida Judicial Nominating Commission; Member, U.S. Naval Academy Selection Board; Sen Mel Martinez. Author: over twenty published legal articles. Honors and Awards: Recipient D.O.A. Award for Highest Score on Florida Bar Examination, 1983. Listed in: Florida Trend Magazine "Legal Elite" 2003-2006; "Best Lawyers in America" 2005-2006; Chambers USA "Best Lawyers for Business" 2004-2006; Tampa Bay Metro Magazine "Bay Area Best Lawyers" 2004-2006. Recipient, highest rating in Martindale-Hubbell Law Directory. Member: Federal Bar Association (Vice President, Eleventh Circuit); American Bar Association (Eleventh Circuit Editor, ABA Appellate Practice Journal, 2002-2005); The Florida Bar (Board Certified Criminal Trial Lawyer; Florida Bar Board of Legal Specialization and Education). REPORTED CASES: Gonzalez ex rel. Colonial v. Chillura, 892 So.2d 1075 (Fla. 2d DCA 2004); Bridgestone/Firestone v. Herron, 828 So.2d 414 (Fla. 1st DCA 2002); United States v. Sigma Int'l, 196 F.3d 1314; 244 F.3d 841 (11th Cir. 2001); United States v. 489 Cases Shrimp, 154 F.3d 1261 (11th Cir. 1998); Beaulieu v. State, 671 So.2d 807 (Fla. 5th DCA 1996); 690 So.2d 573 (Fla. 1997); 697 So.2d 177 (Fla. 5th DCA 1997); Rhodes v. State, 652 So.2d 1223 (Fla. 2d DCA 1996); United States v. Morera, 77 F.3d 471 (4th Cir. 1996); United States v. Cancelliere, 69 F.3d 1116 (11th Cir. 1995); United States v. Martinez, 949 F.2d 1117 (11th Cir. 1992); United States v. Simmons, 924 F.2d 187 (11th Cir. 1991); United States v. Munio, 909 F.2d 436 (11th Cir. 1980); United States v. Lopez, 898 F.2d 1505 (1990); United States v. Grinkiewicz, 873 F.2d 253 (11th Cir. 1989); United States v. Roy, 869 F.2d 1427 (11th Cir. 1989); United States v. Arrieta, 855 F.2d 804 (11th Cir. 1988); United States v. Bogle, 855 F.2d 707 (1988); United States v. Ballivan, 819 F.2d 266 (11th Cir. 1987); United States v. Johnson, 812 F.2d 1329 (11th Cir. 1986); Florida Country Club, Inc. v. Carlton Fields, P.A., 98 F.Supp. 2d 1356 (M.D. Fla. 2000); United States v. Evaschuk, 65 F.Supp 2d 1360 (M.D. Fla. 1999); United States v. Pegg, 49 F.Supp 2d 1322 (M.D. Fla. 1998); United States v. Peterka, 2003 WL 23323628 (M.D. Fla. 2003); United States v. Vaghela, 970 F.Supp. 1018 (M.D. Fla. 1997); Anthony Dist. v. Miller Brewing Co., 941 F.Supp. 1567, 917 F.Supp. 791, 904 F.Supp. 1363 (M.D. Fla. 1995); Cappabianca v. Commissioner, U.S. Customs, 847 F.Supp. 1558 (M.D. Fla. 1994); Mathewson v. Florida Game & Fresh Water Comm'n, 693 F.Supp. 1044 (M.D. Fla. 1988). PRACTICE AREAS: Criminal Law; Litigation; Appellate Practice; Attorney Malpractice; Professional Liability; Professional Discipline; Personal Injury; Health Care Fraud. Email: wjung@jungandsisco.com

PAUL M. SISCO, born Houston, Texas, March 15, 1967; admitted to bar, 1992, Florida; U.S. District Court, Middle District of Florida. Education: Northern Arizona University (B.S., summa cum laude, 1989); University of Arizona College of Law (J.D., 1992). Member: National Moot Court Team; Order of the Barristers. Commencement Speaker, Law School Graduation, 1992. Assistant State Attorney and Deputy Division Chief, 13th Circuit, 1992-1998. Listed in "Florida Super Lawyers" 2006. Member: Hillsborough County Bar Association (Board of Directors, Trial Lawyers Section); The Florida Bar (Board Certified Criminal Trial Lawyer, Florida Bar Board of Legal Specialization and Education). PRACTICE AREAS: Criminal Law; Litigation; Health Care Fraud. Email: psisco@jungandsisco.com

THOMAS A. KAY, admitted to bar 2005, Florida. Education: University of Michigan (B.S., 2000); Florida State University, College of Law (J.D., 2005). Member: The Florida Bar; The Federal Bar Association. PRACTICE AREAS: Criminal Law; Litigation; Real Estate; Zoning, Planning and Land Use. Email: tkay@jungandsisco.com

## EDWIN B. KAGAN, P.A.

Established in 1988
2709 ROCKY POINT DRIVE
SUITE 102
TAMPA, FLORIDA 33607
Telephone: 813-287-5609
Facsimile: 813-288-0428
Email: ebkagan@earthlink.net
URL: http://www.lawyers.com/ebkagan

Securities and Business Arbitration and Litigation, Administrative Law, Corporate Law, Contracts.

(This Listing Continued)