# Steffen v. Akerman Attorney Time Billing 07/07/2005 – 08/21/2006
## TOTALS

| Attorney/Paralegal | Total Hours | Billing Rate | Total Fees |
|---|---|---|---|
| B. Hill, III | 33.7 | 425.00/450.00 | 14,417.50 |
| E. Matheney | 594 | 235.00/260.00 | 142,035.00 |
| M. Criser | 208.6 | 205.00/225.00 | 43,307.00 |
| S. Slater | 316.7 | 150.00/180.00 | 51,753.00 |
| P. Greenlee | 26.9 | 175.00/190.00 | 4,155.00 |
| M. Borland | 82.7 | 295.00 | 24,396.50 |
| D. Luikart | 82.3 | 100.00/160.00 | 11,290.00 |
| S. Harris | 46.6 | 150.00 | 6,990.00 |
| L. Tibbals | .5 | 220.00 | 110.00 |
| C. Garcia | 1.6 | 100.00 | 100.00 |
| J. Maddox | 18.5 | 95.00 | 1,757.50 |
| J. Murman | .4 | 105.00 | 42.00 |
| L. Harrod | 16.6 | 105.00 | 1,596.00 |
| M. Luke | 5.3 | 105.00 | 556.50 |
| J. Varner | 58 | 125.00 | 7,250.00 |
| J. Roberts | 7.5 | 75.00 | 562.50 |
| TOTAL | 1,499.90 | | 310,878.50 |


EXHIBIT A